Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
OCEANOGRAFIA S.A. DE C.V.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OCEANOGRAFIA S.A. DE C.V., <br><br> Plaintiff, <br><br> -against- <br><br> MARINSA DE MEXICO, S.A. DE C.V., <br><br> Defendant. | 08 Civ. <br><br> **CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Lissa D. Schaupp, attorney for Plaintiff Oceanografia ("Oceanografia"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Oceanografia has no parent company, and no publicly traded company owns 10% or more of its stock.

Dated:  New York, New York
        April 18, 2008

                                        HOLLAND & KNIGHT LLP

                                  By:   _____
                                        Michael J. Frevola
                                        Christopher R. Nolan
                                        Lissa D. Schaupp
                                        195 Broadway
                                        New York, NY 10007-3189
                                        Tel:  (212) 513-3200
                                        Fax:  (212) 385-9010
                                        *Attorneys for Plaintiff*
                                        *Oceanografia S.A. de C.V.*

# 5278782_v1