# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

July 25, 2008

Michael J. Frevola
212 513 3516
michael.frevola@hklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**BY HAND**

Hon. Gerard E. Lynch
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007

    Re:    *Oceanografia S.A. de C.V. v. Marinsa de Mexico, S.A. de C.V.*
           USDC, SDNY Docket No: 08 Civ. 3733 (GEL)
           Our File: 116778-00006

Dear Judge Lynch:

    We represent Plaintiff Oceanografia S.A. de C.V. ("Oceanografia"), in the above-referenced maritime attachment matter. We received a telephone call from Your Honor's clerk concerning the status of the matter and now write to memorialize that conversation.

    Oceanografia was able to attach $67,384.95 of Marinsa de Mexico, S.A. de C.V.'s ("Marinsa") monies and provided notice of the attachment to Marinsa that same day. Oceanografia is now fully secured. Counsel for Marinsa and Oceanografia have discussed where the substantive issues should be resolved (before this Court or in Mexico) and where the monies should remain restrained.

    We expect to resolve these issues in the next month and respectfully request that we be permitted to provide an updated status report by September 1, 2008. ]*

Respectfully submitted,

**SO ORDERED**

GERARD E. LYNCH, U.S.D.J.
7/29/08

Michael J. Frevola
MJF

# 5494067_v1